SAMUEL ROHN, ADMINISTRATOR, ETC. *v.* ARTHUR DUNBAR ET AL.

APPEAL. Reserved in the district court of Defiance county.

At the September term, 1855, of the district court of Defiance county, an appeal, which had been taken to that court from the court of common pleas, was dismissed for want of jurisdiction. Subsequent proceedings, in the same case, were had in the common pleas, and from an order made in that court, in October, 1857, another appeal was taken. On the 21st July, 1859, a bill of review was filed in the district court, for the purpose of reversing the order of dismissal, made at the September term, 1855: the party defendant to this bill appeared and consented to an order of reversal, which was entered, and the case, as it stood on the original appeal, was reinstated on the docket, and continued for further hearing on the amended pleadings.

BY THE COURT—A bill of review can not be filed in the district court to reverse an order dismissing an appeal for want of jurisdiction. The consent of parties could not give the district court jurisdiction to entertain such a bill of review. The case on the bill of review must be stricken from the docket of the district court, and the order reversing the order of dismissal, and reinstating for hearing the original case, must be set aside, and the case remanded to the district court, for proceedings under the last appeal.

*Murray* and *Leland,* for plaintiff.

*Carter* and *Sessions,* for defendants.